**DENY; and Opinion Filed December 11, 2015.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01496-CV

### IN RE JANNET WALKER, Relator

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-15-02217-3**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Brown
Opinion by Justice Brown

In this petition for writ of mandamus relator requests that we order the trial court to vacate its November 3, 2015 order which requires the deposit of certain funds into the registry of the court. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has not established a right to relief.

We deny the petition.

/Ada Brown/
ADA BROWN
151496F.P05                                    JUSTICE